**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO. 26-cv-61389-EA**

**Luis David Flores Ruiz**,

Petitioner,

v.

**Miami Field Office Director,** *et al.***,**

Respondents.
________________________________________/

**ORDER TO RESPOND**

This cause comes before the Court on a *sua sponte* review of the record. The Court takes no position on the merits of the Petition [ECF No. 1] or claims contained therein. However, to permit proper consideration of the Petition, the Court hereby **ORDERS AND ADJUDGES** as follows:

1. Respondents **shall** brief the Court's subject matter jurisdiction under 8 U.S.C. §§ 1252(b)(9) and/or (g) **and, in the alternative**, address the merits of Petitioner's claims.
2. Respondents shall have **14 days** from the issuance of this Order to file a Response to the Petition. The Response **shall** (1) clearly outline Petitioner's path through the immigration proceedings up to Respondents' filing date; (2) specify whether Petitioner is subject to a final order of removal and, if Petitioner *is* subject to a final order of removal, the date on which the final order was entered, and (3) all relevant documents and transcripts, either in support of those facts or necessary for the resolution of this matter.
3. **Nothing in this Order should be construed as a comment on the ultimate merits of the Petition or the claims contained therein**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 3rd day of June 2026.

**ED ARTAU**
**UNITED STATES DISTRICT JUDGE**

Copies Served:

**Luis David Flores Ruiz,** ***pro se***
A# 221452645
Broward Transitional Center
Inmate Mail/Parcels
3900 North Powerline Road
Pompano Beach, FL 33073

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov

**Lair A. Hall, II**
Broward County Attorney's Office
115 South Andrews Avenue
Suite 423
Fort Lauderdale, FL 33301
Email: lair.hall@usdoj.gov